## McDANIEL *v.* THE STATE.

*Simmons, C. J.*—1. In a trial for murder, threats by the accused against the deceased, though made a considerable period before the homicide, are admissible in evidence for the State as tending to show malice on the part of the accused; and the mere omission of the trial judge to charge the jury "as to what

100    67
Case 2
125 . 48

100    67
Case 2
130    482

weight they should give to the threats," or "as to how the jury should regard them in their deliberations," is not cause for a new trial, the more especially when the accused was convicted of voluntary manslaughter only, the verdict thus negativing any conclusion that the killing was done in malice.

2. Where a father and son were indicted for murder, and upon the trial of the latter alone he declared in his statement to the jury, and the father also testified as a witness in the son's behalf, that the mortal blow was inflicted by the father, it is not cause for a new trial that the court failed to charge that if the son himself did the killing in his own defense, or under the fears of a reasonable man that his own life was in danger, he was justified in so doing. This is so although the evidence for the State tended to show that the mortal blow was inflicted by the son. Notwithstanding this, he cannot complain that the court failed to submit to the jury a theory which was negatived not only by his own statement, but by the evidence which he introduced and asked the jury to accept as the real truth of the case.

3. There was sufficient evidence to warrant the verdict which the jury rendered, and no error was committed at the trial.

                                         *Judgment affirmed.*

Argued October 6,—Decided October 19, 1896.

Indictment for murder. Before Judge Gober. Newton superior court. March term, 1896.

*J. M. Pace, E. F. Edwards* and *Y. A. Wright,* for plaintiff in error. *W. T. Kimsey, solicitor-general,* and *M. A. Candler,* contra.